RECEIVED

APR 13 2017

BY MAIL

FILED

APR 13 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Jeremy R. Behlmann )
#(1282856) )
_____ )
_____ )
_____ )

(Enter above the full name of the
Plaintiff in this action. Include prison
registration number.)

)
)
)
)
)

2:17CV024 PLC

Captain J. Shrader # (846)
Officer J. Goodwin # (862)
Officer J. Willer # (848)
Detective M. Oller # (849)
Sheriff Stuart Miller # (Audrain Co Sheriff),
_____ )
_____ )
_____ )

(Enter above the full name of ALL Defend-
ant(s) in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of all the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(To be assigned by Clerk)
"Jury Trial Demanded"

In what capacity are you suing the
defendants?

☐   Official
☐   Individual
☒   Both

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.    PLACE OF PRESENT CONFINEMENT:

Moberly Correctional Center, P.O. Box 7 Moberly, Mo. 65270

II.   PREVIOUS CIVIL ACTIONS:

A.    Have you brought any other civil actions in state or federal court dealing with the
same facts involved in this action or otherwise relating to your confinement?

YES   [ ]              NO   [X]

B.   If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1.   Parties to previous civil action:

Plaintiff: _____ N/A

Defendant(s): _____

2.   Court where filed: _____ N/A

3.   Docket or case number: _____ N/A

4.   Name of Judge: _____ N/A

5.   Basic claim made: _____ N/A

6.   Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): _____ N/A

## III.   GRIEVANCE PROCEDURES:

A.   Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES   [X]              NO   [ ]

B.   Have you presented this grievance system the facts which are at issue in this complaint?

YES   [✓]              NO   [ ]

C. If your answer to "B" is YES, what steps did you take: I Filed an (I.R.H. and Grievance Upon Claim #16-1925 in this Complaint on "10-12-16" I.R.K. on "11-08-16" Grievance Was told by Staff "will not be accepted" the department Refused and Would Not Issue me any more Process even though

D. If your answer to "B" is NO, explain why you have not used the grievance system: I Asked Mutiple Times.

N/A

SEE: Exhibit J#19
J#19

IV. PARTIES TO THIS ACTION:

A. Plaintiff

1. Name of Plaintiff: Jeremy R. Behlmann

2. Plaintiff's address: "MCC" P.O. Box 7, moberly, Mo 65270

3. Registration number: 1282856

B. Defendant(s)

1. Name of Defendant: Captain J. Shrader #(846) et. Al.,

2. Defendant's address: Audrain County Sheriffs office 1100 Littleby Rd Mexico, Mo 65265

3. Defendant's employer and job title: Audrain County Sheriffs office (Captain)

4. Additional Defendant(s) and address(es): See: Attached pg. (3-1, 3-2 " " 3-3, 3-4 " "

-3-

## IV.  Parties to this Action:

4. Deputy Sheriff Mattew Oller #849
   Audrain County Sheriffs Office 1100 Littelby Rd.
   Mexico, MO. 65265

Sheriff Stuart Miller  badge # UNKNOWN
   Audrain County Sheriffs office 1100 Littelby Rd.
   Mexico, MO. 65265

Deputy Joe Goodwin # 862
   Audrain County Sheriffs office 1100 Littelby Rd.
   Mexico, MO. 65265

Deputy Jim Willer # 848
   Audrain County Sheriffs office 1100 Littelby Rd.
   Mexico, Mo. 65265

Columbia, MO. Police  John and Jane Does
   600 EWalnut Street  Columbia, MO. 65201

University MO. Police department John and Jane Does
   University of Missouri Police 901 Virginia Ave.
   Columbia, Mo. 65211-5170

Honorable Judge Wesley C. Dalton
Honorable Judge Linda  Hamlett
Prosecuting Attorney Jacob Shellabarger
      Audrain County Courthouse 204 courthouse
      101 North Jefferson Street
      Mexico, MO 65265

Prosecuting Attorney Kelly King
   Office of Prosecuting Attorney
   104 West Main, Suite E.
   Warrenton, Mo. 63383

## IV.   Parties to this Action

4.   Mary Joe Smith district director
Kelsey Doty - Diversity of citz. Resides in State: Texas
Timothy Hesemann
Ella K. Boone-Conley

Legal assistants- Joy Bissenden
Legal assistants - Allison J. Swopes

Missouri State Public Defender: 2800 Cardinal
drive Ste. B Fulton, Mo. 65251

Jeffrey Lee Hilbrenner - Private Attorney
Harper, Evans, Wade & Netemeyer
401 Locust Street, Ste 401
Columbia, Mo. 65201

Circuit Clerk  Penny Creed-Craighead
Audrain County Courthouse  204 Courthouse
101 North Jefferson Street
Mexico, Mo. 65265

Probation and Parole officer  Lori Smith-E0105584
Probation and Parole officer  Melanie Frisbe-E0123105
Missouri Department of Corrections Board of
Probation and Parole 1397 State HWY O.
P.O. Box 6008 Fulton, Mo. 65251 (573)592-4061

Probation and Parole hearing officials:
et. al., (whether officials or None officials),
John and Jane Does; and Jane Doe Victim-
Advocacy Representative.
Missouri Probation and Parole Board
3400 Knipp drive, P.O. Box 267
Jefferson City, Mo. 65109

## IV.    Parties to this Action

4.   Missouri Psychiatric Center John and Jane Does
     <u>Sally Doe</u> - Custodian of Records
     Surname
     # ONE Hospital drive. DC 042.00
     Columbia, MO. 65212

Arthur Center
Kelly Doebelin - Custodian of Records
321 West Promenade
Mexico, Mo. 65265

SSM Health - St. Joseph Hospitol
Benita Westen - Custodian of Records
300 First Capital drive
Saint. Charles, Mo 63301

SSM Health - DePaul Hospitol
Barb Boudreau - Custodian of Records
12380 DePaul drive
Bridgeton, Mo. 63044

SSM Health - St. Joseph Hospitol West
John and Jane Does
100 Medical Plaza
Lake Saint Louis, Mo 63367

KMIZ TV  ABC / FOX News
CEO / Director
501 East Business Loop 70
Columbia, MO. 65201

Elizabeth A. Schulze  Court Reporter
Audrain County Courthouse 204 Courthouse
101 North Jefferson Street
Mexico, Mo. 65265

IV. Parties to this Action

4.      MONELL CLAIM;
        Audrain County Municipality;
        Audrain County Commissioner- Doe:
        Agent: Stuart Miller,- Sheriff, et. Al.,
        Defendants Claim (#1), and
        Judge Wesley C. Dalton 12th Circuit
        Judge Linda Hamlett 12th Circuit
        P.A. Jacob Shellabarger 12th Circuit
        Special P.A. Kelly King 12th Circuit
        Clerk. Penny Creed- Craighead 12th Circuit
        Court Reporter Elizabeth A. Schulze 12th Circuit

Pg. (3-4)

V.   COUNSEL

A.   Do you have an attorney to represent you in this action?

YES   [ ]          NO   [X]

B.   If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

YES   [X]          NO   [ ]

C.   If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

(A) Todd I. Muchnick of 8151 Clayton Rd., Suite 201 St. Louis, MO 63117 wasn't interested - gave me a reference.

(B) Scott Rosenblum of 120 S. Central., Suite 130 St. Louis, MO. 63105 told me he wasn't sueing them for me. Not interested.

(C) ACLU 456 Whittier Street., St. Louis, MO 63108 they didn't have the resources to help me start a suit. SEE:

D.   If your answer to "B" is NO, explain why you have not made such efforts:           COPY OF
                                                                                         LETTER
(D) Charlie James office in Columbia, MO 65201, also                                     ATTACHED
     a office in St. Charles, MO 63376

E.   Have you previously been represented by counsel in a civil action in this Court?

YES   [ ]          NO   [X]

F.   If your answer to "E" is YES, state the attorney's name and address:

NO

-4-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each
      defendant is involved. You must state exactly what each defendant personally did, or failed
      to do, which resulted in harm to you. Include also the names of other persons involved, dates,
      and places. Be as specific as possible. State your claims in numbered paragraphs.  You may
      use additional paper if necessary):

COUNT (1.)    ON the date and time of (10/06/2014) Approximately
      1245 hundred hrs. Plaintiff was at his residense
      Located at 13783 ACR #937, Audrain-Rural Mexico, Mo.
      When a KNOCK was heard at the door. Plaintiff
      then answered the door it was Plaintiffs-Aunt
      Mrs. Janet L. Scales-Darabcsek, She Requested entry
      into the house, but Plaintiff declined to allow
      her entry. She then left after 2 or 3 min. talk or
      more, and drove off. "NOTE": It should be noted
      that She had a (Cell-Phone) in her Pocket, Plaintiff
      did Not KNOW it While talking to her at the
      door... At that Point Plaintiff Left the home to
      Procede to see his ChiroPrator after his aunt Left.
      While driving Plaintiff had Noticed an "Unmarked
      truck" behind him as Plaintiff was about to
      enter Callaway County, Mo. The Truck was accelerating
      Closer. Plaintiff then was affraid that Something
      was not right. At that Point Plaintiff drove to a "Safe-
      Area onto Columbia Missouri University Campus."
      Thats when the "Defendants Named in Caption Jumped Out
      OF Truck With Guns  -5-  and Announced to the Other
      Police departments,(I Stoped For due to them being
      identifiable Law enforcement) "Police" and Placing
      Plaintiff in hand cuffs and took him into

(5)

the "Psychiatric Unit". Stating that they had a <u>Court-Order of COMMITMENT For Mental Evaluation.</u>

The Defendants then took Plaintiff inside and started the Commitment Process. It wasn't untill <u>10-days,</u> that Plaintiff found out that he had felony Charges against him that derived from the day the truck followed him and he learned it was the <u>"Police-Audrain County Sheriffs Office"</u> "SEE: Exhibit "J#1"

## NOTE:

When Plaintiff was Released from the <u>Mental-Hospital,</u> and was Placed into Police Custody-Audrain Sheriffs, he was able to Learn his Aunt "Janet L. Darabcsek" had set up the entire incident from the Start of "Secretly Planning to Commit Plaintiff into the Hospital, as other times. Planning along with Plaintiffs' other Aunt and Audrain County Sheriffs Office, and with Same Officers each differnt times at Least "3". <u>See Notorized Affidavit/Declaration</u> Swering to the aformentioned facts Signed and typed and written by Plaintiffs Aunt <u>dated 10-2-16</u> Exhibit "<u>K#1</u>" Affidavit/Declaration herein incorporated. See: Second Letter Written by "J.L. Darabcsek-Aunt, to Connie Hagen-Public Admin and to be Given to Honorable Judge Wesley C. Dalton. dated <u>Oct. 6th and 7th /2014</u> Exhibit "<u>K#2</u>" Also the Initial Stop/Aprehention was along with University Missouri P.D. along with Columbia P.D. on Campus at Hospital drive along with Audrain County showing up minutes Later in an Unmarked Farm Truck. SEE Claims Attached as Defendants. (Conspiracy).

(5-1)

Plaintiff has since suffered irreparable harm and to this very day continues to discover furtherance of the "Conspiracy" along with additional Constitutional violations planned and executed by at least two or more of the named defendants named in caption and complaint violating Plaintiff's Rights, while acting under the color of law and wearing a "badge and Gun", and either directly or indirect plotted, planned, participated in the furtherence of conspiracy, violated plaintiffs constitutional, and Federal, and State Rights. Causing an 8th Amendment Violation " <u>CRUEL AND UNUSUAL PUNISHMENT</u>" and deliberate indiference to Plaintiff's 14th Amendment UNITED STATES CONSTITUTION "EQUAL PROTECTION OF THE LAW" This claim being promoted and sponsered by the Audrain County Sheriffs office. To wit:

<u>42 U.S.C. §§ 1985-1986 et. seq:</u>

The Defendants, upon information and belief by Plaintiff, Agreed, on a course of conduct that violated the Statute, Laws, and Constitution of the UNITED STATES-Citizen / Plaintiff, being deliberatly indifferent towards him in that for the purpose of depriving [Him].... of the EQUAL Protections of the Laws, and or EQUAL Privileges and Lawful immunities of the Law.

And.

That the defendants Actions arise out of the same transaction, Occurrence, or Series of Transactions or Occurrences, and there be Questions of the Law or Fact common to all defendants will arise in the Action ..... " <u>JOINDER OF DEFENDANTS</u>".

(5-2)

<u>Furtherence ConsPiracy Claim Continues</u> ; § 1985-86 :

COUNT (2)

John Doe's - Columbia Police Department; Along with University Missouri Police Department, Acting with Audrain County Police/Sheriff's Office on 10/06/2014 in that "Columbia and University P/D Failed to Report the Incident that occured on (10/06/2014) with Audrain County Sheriff's office. This Failure to Report or and Proceedurally Logg the Incident has Furthured the Alleged Conspiracy of Audrain Sheriffs. thus Violating the Constitutional Due Process Rights of the Plaintiff, 1st, 4th, 5th, 6th, 8th and 14th Amend. U.S. Constitutions and the Missouri Article 1, Sect. 10, 18(a) of the Missouri Constitutions all arising out of the Same transaction. occurrence. or Series of transactions. or occurrences and there be Questions of Law or Facts Common to all defendants will arise in the Action. See Exbits " <u>A# 2</u> " and " <u>A#3</u> " Columbia P.D. Records SuPervisor Unit ResPonse, and University P.B. ResPonse. Attached and herein incorPorated.

Count (3)  <u>In Furtherence of ConsPiracy</u> ; § 1985-86:
The Audrain County Prosecuting Attorney Mr. Jacob-Shellabarger #59738 and The Honorable Judge of Audrain-MontGomery - and Warren Presiding Judge Mr.- Wesley Clay Dalton-Div.#1 - 12th Circuit.

(5-3)

In that on the date and time of 10/06/2014 Plaintiff Was arrested on an ALLeGed "Felony-Resisting Arrest", and on Order of 96 hour Mental Health Commitment. After 10 days and an Order by Boone County to Stay Committed Past the 96 hour hold. Plaintiff was Released into the Custody of Audrain County Sheriffs Office and taken to Audrain County Jail For 139 days Plaintiff Called his Family, and was Stating that Plaintiff believed that the Police and Prosecutors where illeGally ChanGing the Plaintiff and that he also believed that the Prosecutor "Jacob ShellabarGer #59738 " was on druGs and was violating State and Federal Code of Conduct and Ethics. Soon after the Jail Guards Came to my Cell and threatened to not only over-CharGe me Room and board, they Said that the Prosecutor and JudGe called them and told them to tell me " IF I dont Quit, and Shut my mouth on that Phone, that they Would make Life very hard and reGretfull." But, Plaintiff Still Continued to Exercise his "First Amendment Constitutional Right of Freedom of SPeech. Shortly After, Plaintiff's Counsel Contacted Plaintiffs' Mother (Teresa Brown) and told her to tell Plaintiff " to Knock off the Comments on the Jail Phone about the Prosecutor and JudGe". Plaintiff NOTES: ALL this took Place Prior to Guilty Plea on 3-02-2015... Plaintiff eventually was Released on

(5-4)

Probation. on 3-02-2015. But, On 04/12/2015 Plaintiff had the oPPertunity to Rent an hotel Room at the Drury-Inn. across the Street from the Holiday Inn Expo center in Columbia, Missouri, on and at about the time of arround 10:30 P.M. Plaintiff was inside the "Expo Center" to buy his first drink. as doing So, Plaintiff turned arround and Noticed " Prosecutor – Jacob Shellabarger # 59738 " Was there also, and had Seen Plaintiff, when he Started Walking towards Plaintiff's direction and area, only to Plaintiffs' Surprise to Shake Plaintiff's hand." NOTE: This event was Cast and SPonsored as a Fund-Raiser...

As he Shook my hand acknowledging Plaintiff's Name, he Called to the M/C and told her, Every one heard it, that he wanted to donate $500.⁰⁰ Gasolene Card to the event. all while Shaking Plaintiff's hand. As the Event was Near Close, Plaintiff was in the Lobby and SPeaking to old highschool Friends. Suddenly, and for No-Reason Nor ExPlanation Plaintiff was told to Leave and Escorted out to the Parking Lot, by the Inn-EmPloyee, Where the Plaintiff was Attacked and hit over the head with a bottle or blunt object. Plaintiff Ran and Called Columbia Police. Where. Plaintiff told them what had haPPened and told them he thinks the Assault Came by Way of Prosecutor "Shellabarger" after a discontented Look from "Shellabarger" which made Plaintiff Feel very UNComfortable from the hand Shake. SEE: exhibit "J # 20      "

(5-5)

On 5/01/2015, Plaintiff Violated Probation and subsequently Returned back to Audrain County Jail. Plaintiff again was threatened to Shut his mouth or else suffer Consequenses. Thats when Plaintiff wrote a letter to honorable Judge Wesley C. Dalton. On 5/08/2015 Stating that a "Conflict of Interest" exists between Plaintiff and the Prosecutor " Jacob Shellabarger 59738". Stating of the events that took place and Occurred on 4/12/2015 at the Holiday Inn Expo Center in Columbia, Missouri. See: Exhibits "J#2" "J#3" Copy of letter wrote to Judge Wesley C. Dalton and Audrain County Docket Sheet.

Court date was set for 05/15/2015 this was continued to 06/26/2015 and Sub counsel Timothy Hesemann, asked for a Competency hearing or an Pre Posed order for Mental Examination. Next court date 07/24/2015. On 07/10/2015 Judge Dalton Signs Order for Mental Examination §552.R.S.Mo, So 07/24/2015 continued to 08/14/2015 Continues to 09/18/2015 Plaintiff wrote another letter to Judge Dalton dated 08/18/2015 filed on 08/25/2015 and asked about the Conflict of Interest. See: Exhibit "J#4" the 09/18/2015 court date continued to 10/01/2015 this hearing continued to 10/16/2015 where Plaintiff attorney Requests a Second Mental Examination, after Fulton State Hospital Finds Plaintiff Incompetent to Proceed Dr. Telander Recommended this. See: Exhibit "L#1" " Next court date 11/20/2015 continued to 12/18/2015. On 12/15/2015 Motion Filed to disquailify Prosecutor by Plaintiffs Lawyer Timothy Hesemann, Motion heard Argued by P.A. ShellabarGer and denied by Judge Wesley C. Dalton, and continued to 01/22/2016. NOTE: Lawyer Timothy Hesemann tells Plaintiff That Judge Wesley C. Dalton orders defendant J. Behlmann Cant and isn't allowed to assist his attorney in his defense, Every Since 06/26/2015. See: Exhibit " D#1 " Letter dated 12/10/2015 Public defender Hesemann.
SEE: Exhibit "D#3 " Hesemann (5-6)
                    Motion 12/15/15

Plaintiff Behlmann has been told Since 06/26/15 by tim Hesemann-Publick defender, that Judge Dalton siad that Plaintiff Cant assist his Attorney till found Competant in a hearing!.... Although, NO HEARING has Ever taken Place. NOTE: ELLA K. BOONE District #12 defender Files an "Motion for Change of Judge and Change of Venue and to Disqualify — Prosecutor. On Missouri E-filing System 12/21/2015 See Exhibit " D#2 " Motion filed by Ella K. Boone, and " J#3 " Docket Sheet Entries PG# 2of7 Entry missing and, on 12/22/2015 Prosecutor "Shellabarger filed an Opposition to Ella's Motion to Disqualify him", but, and Change of Judge and Venue. But Neither the Docket Sheet Entries Show either Motion Filed by Ella K. Boone, nor for what Reason Prosecutor Mr. Shellabarger Filed his Opposition. This is a Coverup! The above Allegations and Exibits Show a time Line and Casual Connection to Plaintiff's Federal Rights of a Protected Interest under the U.S. Constitution against deliberate Indifference to Due Process of Law Equal Protections. Thus Shellabarger and Judge W.C. Dalton has Furthered a Conspiracy to Commit Plaintiff into a Mental Hospital for Life, and

(5-7)

Coverup the facts Alleged by Plaintiff against him Prosecuting Attorney Jacob Shellabarger. All this done under the Color of Law to the Plaintiff by the Judicial department Kowing it was Malicious Prosecution, Prosecutorial Misconduct, Judicial Misconduct, Oppression, Moral turpitude, Corruption in office, and a Commission of a crime, and Animous by both towards Plaintiff. Suppressing 1st, 4th, 5th, 6th, 8th, and 14th Amendment Rights to the U.S. Constitution and Article 1 & 10, 18 (A) Of the Missouri Constitution, all While Violating Certain State Laws, as Officials Under the Color of Law. & 1985-86 CONSPIRACY

COUNT (4)          Furtherance of Conspiracy

When on 10/21/2014 defendants Attornies Kelsey Doty, and Sub Counsel Timothy Hesemann, Mary Joe Smith, Legal assistants from Public defenders office Joy Bissenden, and Allison J. Swopes with Ella K. Boone-Conley as District Defender Who Supervised this office. Commited a Conspiracy of Fraud, Tampering with evidence, Fraud Upon the Court and Fraudulant Representation to the Plaintiff and a Public Corporation.

Count (5)          And Conspiracy

Each defendant Conspired to violate the Federal Communication Center Rules and Regulations, And, United States Postal Service, and Violate Federal And State Laws Governing H.I.P.P.A Privacy act (1996) medical Records. These actions by defendants has and still is injuring the Plaintiff in that he, along With Others, believed that defendants Would do everything Possible in there interests of the Law to

(5-8)

RePresent him without any Improprieties. but. was Frauded. and cheated by the very ones assigned to assist and RePresent him. by Defendants-co-conspirators Prosecuting attorney Jacob Shellabarger and Judge wesley C. Dalton. Thus in furtherance of the ConsPiracy Frauded Plaintiff and forged Plaintiff's Name on Medical Release/Request Forms and. then either Mailed by U.S.P.S and F.C.C-EFolders Moved Electronically telecommunicated those documents. Fraudently without the Plaintiff's consent to do so. Thus. the consPiracy Known to Plaintiff. is Related to the incorporated Defendants. and the Actions arise out of the same transaction. Occurrence. or series of transactions. or Occurences. and there be Questions of Law or Facts common to All the Defendants will arise in the action.

SEE: Exhibits "(H1-10)" Original CoPies-of the Medical Request-Release Forms and forged signature of Plaintiff by Defendants. "DATED — 10/21/2014" And StamP times. here incorPorated. These actions in consPiracy and deliberatly done to undermined Plaintiff's Confidence in Trust And Violated Plaintiff's 5th, 8th, and 14th Amendments to the United States Constitution and Article 1 Sect. 10 of The Missouri Constitution — Due Process and Equal Protection of the Law — CRUEL and UNUSUAL PUNISHMENT.

(5-9)

Count (6)          Furtherance of Conspiracy

That Defendants Furthered the Conspiracy or and Breach of-
Contract as Private and or Paid-Attornies and Public-
defenders system was hired and contracted and assigned
to Legally Represent Plaintiff. It has come to the Plaintiff
that (1.) Attorney-Public defender Ms. Kelsey Doty Allegedly
Collected Plaintiff's Signature For Medical Release and was
Attorney of Record When "Forgery of Signature" First took
Place. And, (2.) Attorney Jeffrey Hilbrenner # 57727 was
and is the Private Paid-Attorney whom also Breached the
Contract between Plaintiff and himself, when
Plantiff did insist that J. Hilbrenner # 57727 File
For a Competency Hearing, the Fact he did Not, Further
allowing the State Prosecutor Jacob Shellabarger
# 59738 the advantage over the Plaintiff whom as
a Client acted to harm Plaintiff due to his own
detriment of the Case, and Further Breach of Contract;
and, him J. Hilbrenner # 57727, Conspired against
Plaintiff when he Failed to File "Motion To Disqual-
-ify" the State Prosecutor (Jacob Shellabarger
# 59738) Whom had and did "Accuse and Charge"
Plaintiff with Tampering with a Judicial Officer
Prosecutor Jacob Shellabarger # 59738 of Audrain
County Circuit Court of Missouri. Allowing
Plaintiff to Proceed under Ill- and erroneouse
advice and disregard for due Process J. Hillbrenner
erroneouse advisment OWing Plaintiff a Fidicuary
duty to Represent him, this denied Plaintiff his
Protected Rights and Injury has Occured to Plaintiff
and still is. also Attorney Lied to Plaintiff
breaking State and Federal Laws of the United
States Constitutions. SEE: Exhibits "E#1-6, J#1

(5-10)

COUNT (7)   Furtherence of Conspiracy

Defendants Wesley C. Dalton Presided over Case in the district 12th Judicial Circuit Division 1 Case Number 16 BB-CR00150-02 State "V" Jeremy R. Behlmann

a motion was filed by defendants Counsel Requesting a "Change of Venue and Judge" on 07/28/2016 Granted by the Missouri Supreme Court to the Honorable Judge Kelly C. Broniec of Montgomery County 12th Judicial Circuit Divison 1 Who is Still a Likewise interested Party due to Plaintiff being Charged with Tampering with a Judicial officer P.A. Jacob Shellabarger of Audrain County district 12th division 1. Pending Criminal Charge.

But. on 11/02/2016 Art Allen "Appellate Public defender" filed a Motion to "disqualify Judge for Cause and Request for Change of Venue" to again disqualify Wesley C. Dalton- Presiding Judge of the district 12th Circuit division 1. on a ( PCR- CASE #16AU-CC00022), Dalton then in turn assigned the motion to Honorable Judge Linda Hamlett, for a hearing on the motion, Set for 11/22/2016. But *defendant Linda Hamlett didn't bother to wait for the 11/22/2016 hearing on the motion. She took it up, and denied the motion without a hearing. Causing Honorable Wesley C. Dalton to Preside over the 01/09/2017 Eviden- -tiary- hearing on the Post-Conviction Relief Case. Which has Violated Plaintiff's Federal Constitutional Protected Rights under State and Federal Laws, Acting under the Color of Law in Conspiracy to Violate 5th, 6th, 8th diliberate indiference to Plaintiff's 14th Amendment and 1st Amendment to the UNITED STATES CONSTITUTION.

(5-11)

5-11/Continued   Furtherence of Conspiracy

SEE: Exhibits " J# 8-9 " Letter from Art Allen P.D. on PCR
Case # 16 AU-CC00022 ... " J# 6 " Motion to Disqualify Judge for
Cause and Request for change of Venue filed 11/02/2016 ....
And. Exhibit " J# 5 " Docket 12th circuit division 1 dated 01/11/2017
2-Pages 1-2...

COUNT (8)        Furtherence of Conspiracy and Fraud

Defendants   Special P.A.- Kelly King and Judge Wesley C. Dalton
Conspired to violate Plaintiffs Federal Rights of "Due Process of Law"
in the 5th, 6th and 14th Amendments United States Constitution.
Article 1. Sect. 10 of Missouri Constitution by deliberate Indifference
to Plaintiffs 1st and 8th Amendments to access to the court and
Sentencing him in a Fraudualent Judicial Process. Acting under
the Color of Law and Causing Plaintiff harm in effecting his
Appeals. From 02/19/2016 an Open Motion Remains unheard
Bond Reduction and " Change of Venue, Change of Judge."
Filed by Ella K. Boone-Conley, Mo. E-Filing System. during
Plaintiffs Competency hearing on 02/19/2016. Resulting in the
Plaintiffs Next court date 02/29/16 being a Revocation hearing.
SEE: exhibits " D# 2 " Motion filed by Ella K. Boone-Conley 12/21/2015
At the 02/29/2016 Revocation hearing Plaintiff being Represented
by Public defenders Tim Hesemann and Ella K. Boone-Conley. Who
States She wasn't Given the violation Reports on the court record
SEE: Exhibit " J#20 " Court transcript.  Probation and Parole
officers Lori Smith and Melanie Frisbe are caught on court
record Saying Plaintiff was a No-Show No-Call, and also
Saying Plaintiff did always call. SEE: exhibit " J# 20 " Page
numbers 29,35,34,36 thier respones marked. Also Plaintiffs Mother
Terri Brown Spoke to Lori Smith in Person on 04/20/2016
Where P.O. Lori Smith told Plaintiffs mother Terri Brown
The Probation and Parole's Plan was to find a way to violate
Plaintiff and Get him off the Streets before he hurt
Someone. Probation and Parole Officers Lori Smith and
Melanie Frisbe commited Perjury in a felony Case which is
a felony in Missouri. Both Probation officers testified Plaintiff
had recieved and was issued Tress Pass violations. Plaintiff
Was Never issued a tress Pass violation. Only was Given a few
Verbal warnings to leave Property. (5-12)

Count (9)      Furthering the Conspiracy of Fraud
              And Resulting in "TAMPERING with a
              Judicial OFFICIAL-Probation/Parole Board.
              Under Mo. Statute § 565.084

Plaintiff, upon Information and Belief and direct
Knowledge hereby Charges and Claims that the defendants:
Judge Wesley C. Dalton, Special P.A. Kelly King, and,
Audrain P.A. Jacob Shellabarger conspired to violate Plaintiffs
Due Process Rights of the 1st, 5th, 8th and 14th Amendments
Of the Federal Protected Rights and that of Article 1.
Sect. 10 of the Missouri Constitution - Due Process
And, along with Defendants "Missouri Probation and -
Parole Board and Victim Advocay." In that he P.A. -
Jacob Shellabarger was a Removed Prosecutor due to
" CONFLICT OF INTEREST on 02/19/2016" On
06/10/2016 when Plaintiff's Parole Hearing took
Place at " F. R. D. C. diagnostic Center in Missouri
Department of Corrections" P.A. Jacob Shellabarger
Shows up with a (VICTIM ADVOCATE) whose
name is UNKNOWN to Plaintiff - JANE DOE - all
of this was concealed from Plaintiff and his
Grandmother Mrs. Marjorie L. Burns, until they
Saw P.A. Jacob Shellabarger enter into Parole -
Hearing Room while they Sat Outside Waiting.
                          NOTE: THE Parole Hearing
Was for Felony-Resisting Arrest Case # AU-CR-00696-01
Where Prosecutor Jacob Shellabarger was REMOVED
FROM THE CASE.... NOTE: P.A. Shellabarger went
into a Recorded Session with Probation and Parole
Officers 20 to 30 minutes before Plaintiff and his
Grandmother Marjorie L. Burns Who Witnessed the
Same. SEE: Exhibits " J #11      "
                                          Mrs. —

(5-13·)

Pg.
(5-13)

Count (9)   Furthering of Conspiacy and Fraud

MarJorie L. Burns. Letter to Probation and Parole Board Referenced UNJUST HEARING dated August.16.2016

Parole Board Ends hearing, Plaintiff, whom Created NO- disturbance, Nor was allowed to Plead his case, Nor was his Grandmother Allowed to Plead her case, and was denied the answer to her Question of what Were the names of the Parole board officials. The Plaintiff Again Created NO-disturbance. Nor was written any Violation, Nor Exhibited any Type of ILL- behaviors. threats or medical Needs of Mental ProPortions, Plaintiff was Ultimatley and Subsequently Locked UP Under MENTAL HEALTH SUICIDE WATCH after the hearing ON 6/10/2016 UNTIL 6/14/2016 FOR NO REASON, Nor for that matter, Given any medication. SEE: Exhibit " J#12 " Classification Hearing dated 6/14/2016. As a Result from the actual P/P hearing, Plaintiff recieved answer from hearing ON 7/08/2016 States: (X ABOVE GUIDELINE) And Plaintiff was Given C. R. date the Maximum date for Considering Release from Confinement. SEE: Exhibit "J#13-14" dated 07/08/2016 P/P ANSWER. Also SEE: Exhibit "J#15 J#19" IRR and GRIEVANCE. This done by defendants Acting Under the Color of Law and toGether at such times and dates and in thier OFFICIAL AND INDIVIDUAL, JOINTLY AND SEVERALLY. INORDER TO INFLICT HARM AND DAMAGE TO PLAINTIFF. Jeremy R. Behlmann, and to influence a Judicial- Officer of the State DePartment of Probation and Parole Board and along with a Victim Advocacy RePresentative for an alledged CharGe the Plaintiff hasn't even Been Arrested or even arraignment Preceedings taken Place, but Shows UP at Parole hearing as a victim for a alledged Crime, PLAINTIFF isn't even Paroling ON, IN CONSPIRACY TO FRAUD, Violating 14th Amendmant 8th, 1st, 5th, 6th And Article 1 missouri Constitutions And U.S. Constitution.   (5-13#2)

Count (10)    Furtherence of Conspiracy

That on 10/15/14 Defendant. (John/Jane Doe) of "Missouri Psychiatric Center" Violated Plaintiff's Rights to "Privacy Act" HIPPA 1996 which Mandates Patient Privacy, A Right that the Plaintiff insisted be Carried out by the Health Care Providers at the Psych-Ward. This Violated Plaintiff's 4th, 5th and 14th Amendments to the United States Constitutions and Article 1. Sect. 10 of the Missouri Constitution and, Policies of the Missouri Psychiatric Center. On 10-15-14 When the Hospital Staff Alerted Audrain Sheriff's department Plaintiff was Going to be Released, From Psych-Ward. Where Audrain Sheriff's department showed up and Arrested Plaintiff, on 10/15/14. It is Also Believed. Upon Information And Belief, that the "Missouri Psychiatric Center" Recieves Federal Funding and it is believed the Law has been violated as well.

SEE Exhibits "H#5" Violated HIPPA "Privacy Act of 1996"

NOTE: This Claim Must be Brought to Light by and through F.R.C.P. 26-37 Discovery Process....

✳ Defendants Violated Plaintiff's Federal Protected Rights and, State Laws Equal to Federal Laws. Injuring Plaintiff.

(5-14)

COUNT (11)    Furtherence of Conspiracy

Defendant "John / Jane Doe" of the (ABC-Seven-teen News / FOX Twenty Two KMIZ T.V.) has Conspired to Defame and Slander Plaintiff in an way that Publised Plaintiff as Alledgedly threatning to harm a "Judicial Official". Defendant and an (UNKNOWN / PERSON(S)) have acted in Impropriety and inJurious Slander. All done by the meeting of the Minds and executed through means of "Public Announcement" and "Telecommunications" and Visual BroadBand APPeratus. Informing the Local and General Public of these FALSITIES Alleged and Charged by the State of Missouri, Audrain County-Prosecutor and or the Local Sheriff's department. and, UPON Information and belief of the Plaintiff, States a FRAUD, toGether also with Alleged-Conspirators. Violating Plaintiffs 5th, 6th, 8th, 14th Amendmants of the UNITED STATES CONSTITUTION and State and Federal Laws of Protection, While Acting under the Color of Law UPON a Citizen and a Prisoner.

SEE: Exhibit " J#16 " News 17 media

(5-15)

COUNT (12)        Furtherance of Conspiracy (Fraud),

The defendant(s) Penny Creed-CraiGhead Court Clerk
Audrain Division 1 circuit 12 and Elizabeth A. -
Schulze Court SteNoGrapher- Reporter #386 for
Honorable JudGe Wesley C. Dalton, And upon Information
knowledGe and belief by PlaintiFF, AlleGes that the
defendants and incorporated Claimed CO-CONSPIRATORS,
of the Court of Audrain - Division 1 circuit 12 JudGe
Wesley C. Dalton beinG Presiding JudGe, has
"TamPered with Evidence" And Judicial Proceedings.
i.e. "Transcripts" And or has Emmitted Verbal
Self ServinG Statements of and from themselves,
and, Omitted Statements itterated before the Court
in ProceedinGs by and Spoken by PlaintiFF, PlaintiFFs
attorney and by the JudGe and Prosecuting attorney
Jacob Shellabarger #59738 on or about 06/26/2015
and 07/24/2015, this denies PlaintiFF Federal and
State RiGhts and Protections of the Federal GovernmeNt,
and the actions of the defendants, acted under the
Color of Law. InfrinGinG PlaintiFFs 1st, 5th, 6th,
8th, and 14th Amendments to the UNITED STATES
CONSTITUTION and Article 1 sect. 10 of the
Missouri Constitution, and the PlaintiFF's Federal
Protected RiGhts as a U.S. Citizen.
SEE: Exhibits "(J#17-18)" Transcripts by SteNoGrapher.

(5-16)

COUNT (13A)

# SUPPLEMENTAL JURISDICTION

UNDER: (HaGans "v" Lavine. 415 U.S. 528. 545-46.94
S.Ct. 1372 (1974) - United Mine Workers "v" Gibbs,
383 U.S. 715. 725-26, 86 S.Ct. 1130 (1966)

## 28 U.S.C. § 1367 (A)

## INDIVIDUAL CAPACITIES.

Citing: Wisconsin Dep't of Corrections "v" Schacht,
524 U.S. 381. 388. 118 S.C.t. 2047 (1998). Diversity of
Citizenship amoNG the Parties is complete ONLY if No
Plaintiff and No defendant are citizens of Same State).

## "FACTS ARE":

(1.) Defendant. Ms. Kelsey Doty Listed in this complaint
in "COUNT (4,5,6,13A+B) is in this matter Sued in her
individual capacity, and defendant Now Resides in the State
of TEXAS. Plaintiff- Jeremy R. Behlmann Resides in
the state of Missouri, Plaintiff Claims are Fitting
Supplemental Jurisdiction in that Federal Laws and
State Laws have been Violated, and, that defendant
Co-Conspired against him also violating his Federal
Protected Rights and Furthered a Conspiracy together
with Other Co-defendants Listed in Counts (1-13A+B)
of this Complaint. state Law is "Pendant" Jurisdiction
and the ammount in Controversy Exceeds $75,000.00.
Defendants and Claims are Joinder of Defendants.
Rule 18(A). Fed. R. Civ. P., and 20(A)(2). Fed. R. Civ. P.,
And that Claims arise out of the Same transaction,
Occurrence, or Series of transactions, or Occurrences
and there be a Question of Law or Fact Common
to all the Defendants will arise

(5-17)

in the action. The Claims of Plaintiff Gave rise in the State of Missouri, Where over 75-Percent of the defendants and Plaintiff's domicile are Located, and in the Case of the Defendant, Ms. Kelsey Doty. She Now Resides her Domicile in the State of Texas. And Can be "Served Process" by and through the Federal Rules of Civil Procedures 26-37 discovery, and Last Place of Employment.

(2.)   Plaintiff, Jeremy R. Behlmann, Resides in State of Missouri, and Can be Located—See: Sect. IV-Parties To This Action (.A) Plaintiff.

(3.) Defendant(s) under "C. J. Shrader, et.al, Can be Located See: Sect. IV-Parties to this Action (B). Defendants. Remaining Defendants "et. Al," all Reside in the State of Missouri as do defendants....

thus.
All State Claims claimed (Injuries) are therefore Supplemented and diversity of Citizenship is is Proper under § 1983 et. Seq. Pro Se Litigant. SEE: MARSHALL "v." MARSHALL 547 U.S. 293, 312- -14, 126 S. Ct. 1735 (2006).

(Count 13B) Civil Rights Act of 1871, 17 Stat. 13 (1871) Sec.#2

States as follows: "That if two or more Persons within any State or Territory of the United States shall conspire together to.... either directly or indirectly, of depriving any Person or any class of Persons of the equal protection of the Laws, or of the equal Privileges or immunities under the Laws, or for the Purpose of preventing or hindering the Constituted Authorites of any State from giving or securing to all Persons within Such State the equal protection of the Laws, or shall conspire together for the Purpose of in any manner impeding, hindering, obstucting, or defeating the due course of Justice in any State or Territory, with the intent to deny to any citizen of the United States the due and equal protection of the Laws, or to injure any Person in his Person or his Property for Lawfully enforcing the right of any Person or class of Persons to the equal protection of the Laws."


Civil Rights Act of 1875, 18 Stat. 335 (1875)

Whereas, it is essential to just Government we recognize the equality of all men before the Law, and hold that it is the duty of the Government in its dealings with the People to mete out equal and exact justice to all, of whatever nativity, race, color, or Persuasion, religious or Political; and it being the appropriate object of Legislation to enact fundamental principles into the Law: Therefore,

Be it enacted by the Senate and the House of Representatives of the United States of America in Congress assembled, That all Persons within the Jurisdiction of the United States shall be entitled to the full and equal enjoyment of the accomodations, advantages, facilities, and privileges of inns, Public Conveyances on Land or Water, theaters and other Places of Public amusement; subject only to the Conditions and Limitations established by Law, and applicable alike to citizens of every race and color, regardless of any previous condition of Servitude.

SEC. 2. That any Person who shall violate the foregoing

(5-19)

COUNT (13 B) Continued

Section by denying to any citizen, except for reasons
by law applicable to citizens of every race and color,
and regardless of any previous condition of servitude,
the full enjoyment of any of the accommodations,
advantages, facilities, or privileges in said section
enumerated, or by aiding or inciting such denial,
shall, for every such offense, forfeit and pay the sum
of five hundred dollars to the person aggrieved thereby,
to be recovered in an action of debt, with full costs;
and shall also, for every such offense, be deemed guilty
of a misdemeanor and, upon conviction thereof, shall
be fined not less than five hundred nor more than one
thousand dollars, or shall be imprisoned not less than
thirty days nor more than one year...

And:

Under Federal Laws 42 U.S.C. § 1985-(2)(3)-1986
Criminal or and Civil Conspiracy...et.Sea...

And:

5 U.S.C. § 552 (a) - Federal Privacy Act .et.Sea.

And:

18 USCA §§ 2510-2520.et. Sea..
18 USCA - chpt.24 / P.24.01-06. et.Sea..(5-24).
47 USCA § 605. et.Sea. - §81 Am Jur 2d § 127
18 US CS § 2518, et.Sea.
18 US CS § 241, 42 USCS-1986 Sect.1986, et.Sea.

And:

Supplemental State Laws Claims Incorporated.

And:

Monnell Claim Against the "County of Audrain. Missouri"
Official, Individual, Jointly and Severally Capacities.

(5-20)

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Jeremy R. Behlmann,
 Plaintiff,

 " V "

Captain James B. Shrader, et AL.
 Defendants,

"Declaration Under Penalty of Perjury Verified-Verification of this cause in action 28.U.S.C.,48.U.S.C,Sect.1983."

Civil Action No. _____

# PLAINTIFF'S VERIFICATION
## VERIFIED COMPLAINT:

I Plaintiff, Jeremy R. Behlmann # 1282856, Is and was at all times the Plaintiff in the Complaint. I hereby attest and decarle under this verification as to the allegations subscribed and Propounded within the Complaint Sub. Sect. 1983. Thus verifing those facts alleged therein by me and upon information and belief and or first hand Knowledge as to the facts Contained in the Complaint and its exhibits as listed and incorporated, and this verification and declaration and Complaint and exhibits is but a restatement together and a certificate of Service serves under federal rules of Civil Procedure verifies in entirety all facts alleged against defendants, i.e., Captain James B. Shrader, et.AL..

I Jeremy R. Behlmann do Verify my Complaint.

## WHEREFORE       :

I declare Under Penalty of Perjury that the foregoing is true and Correct. Executed at Moberly, Mo. on 04-10-2017
§ 1983-28 U.S.C..48 U.S.C.. § 1746.

Jeremy R. Behlmann
#1282856

address: Moberly Correctional Center
 P.O. Box 7 Moberly, MO 65270

Pg (5-20 J#B)

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Jeremy R. Behlmann
Plaintiff,

" V "

Captain James B. Shrader, et. al.
Defendants,

" Declaration of Affiant Under Penalty of Perjury " OF Jeremy R. Behlmann

Civil Action No. _____

Jeremy R. Behlmann hereby declares:

I Plaintiff, Jeremy R. Behlmann hereby declare the facts in dispute and alledged herein by way of Personal Knowledge set out in the Complaint, exhibits, Verification of Facts Pro Pounded as Stated upon defendants in thier Official, Individual, Jointly and Severally under theory Conspiracy together the defendants in Caption Plotted, Planned, and or Participated in the furthernce of Conspiracy Violating Petioners Federal and State Constitutional Protected Rights. While direct or indirect acting under the Color of Law Wearing a badge and Gun and or acting as a Public Official or Private Contracts Ammounting to Cruel and Unusual Punishment and diliberate indiference and violating equal Protection of the Law against the Plaintiff.

I Jeremy R. Behlmann do declare and Verify this declaration – Verification – exhibits and Complaint Sect. 1983 and all Parties alledged herein Complaint, I hereby swear that the foregoing facts are true and upon information and belief and Knowledge of Plaintiff, Jeremy R. Behlmann.

## WHEREFORE:

I declare under Penalty of Perjury that the foregoing is true and Correct. Executed at Moberly, MO. on __04-10-2017__.
§1983-28 u.s.c.. 48 u.s.c., §1746.

Jeremy R. Behlmann
#1282856

address: Moberly Correctional Center
P.O. Box 7 Moberly, MO 65270

P9  (5-20 I#A)

## Plaintiff Requests "Grant For Witness Immunity"
### Under Federal and State Laws, in Exchange For
### Testimonial Evidence in Certain Claims of
### The Conspiarcy Alleged against the defendants

SEE: 18 U.S.C.A. §§ 2510. "81 Am Jur 2d Witnesses § 127;
47 U.S.C.A. § 605___

## "Supplemental State Laws"

575.010. Definitions: 575.010. (10-"Testimony")
• (12)-"witness" (A-d), et. Sea. R.S.Mo...

562.014. - "Conspiracy" (sect. 1-8), R.S.Mo...et.sea...

540.180. - "Compulsory Process", when issued et.sea, R.S.Mo...

540.200. - "Witness May be Compelled to testify" et.sea.R.S.Mo...

540.106. - "Witness Immunity" et. sea. R.S. Mo...

564.016. - " Conspiracy" (1-8(1-5), et Sea. R.S.Mo...
571.030. - " Entrapment" et.Sea. R.S. Mo...
Janet Scales-Darabcsek, Patricia Johnson, Theresa Brown,
Dixie IsGrig, Marjorie L. Burns.

Plaintiff States that "Immunity" is sought in and
that it is a Primary Start of the Conspiracy and all
Claims Connected to (Claim- Count # 1) in Audrain
County Missouri on October 10/6/2014 Seeing
that there testimonies be Material and Relevant to
the Case that would Shed Light on Matters Alleged,
and actual Knowledge First hand by these witnesses,
and the Conspiracy Complaint that violated Plaintiff's
Rights would Gain Immunity.

(5-21)

VII.    RELIEF

State briefly and exactly what you want the Court to do for you.  Do not make legal arguments.  (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

4) Declare that Defendants Violated Plaintiff's 4th, 5th, 6th, 8th and 14th Amendment Rights, Under "Conspiracy". Declare H.I.P.A. Violation by Defendants. Declare Defendants Violated State Related Laws. Award Compensatory damages For Plaintiff's Injuries, and Punitive damages against Each defendant. and, Grant Plaintiff Other Such Relief as it may appear Plaintiff is entitled to.

VIII.    MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒          NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$100,000,000.00; The Fact that Defendants Conspired — Resulting Injury to Plaintiff, as a Result Proximate to defendants' wrongful Conduct; that defendants acted intentionally or Purposefully to deprive the Plaintiff of his rights. Harshness, abuse of Office Power, Advantage.

IX.    Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]          NO [ ]

_____          04-10-2017
Signature of attorney or pro se Plaintiff          Date

-6-

## Certificate of Service

I, Jeremy R. Behlmann, Plaintiff, In Pro Se, declare under Penalty of Purjury Pursuant to 28 U.S.C. § 1746, that Plaintiff mailed an "Original-Copy" of the enclosed § 1983, Summons, declaration, Verified Complaint Statement, Pgs. 1 - 180 of Attached Exhibits, to the U.S.D.C. - E.D. of Missouri, by Placing them in an "Priority Envelope in the Prison U.S.P.-Mail Box at (H.U. 3) - Moberly Correctional-Center, P.O. Box 7, Moberly Missouri 65270, on the date of 04 , 10 , 2017 to the Following For:

(1.) UNITED STATES EASTERN DISTRICT Court, at:
   111 S. Tenth Street
   Saint. Louis, Missouri 63102

* Note: Clerk of Court:
   All Parties as defendants Should be Processed Service of documents, as Electronic Filing System: And that it is Requested by Plaintiff, that documents be "E-Filed" to the Parties Listed in Complaint and Summons. and a Copy be Placed in Clerk File and Judges File.

   Sworn to under the Penalty of Purjury § 1746

   Respectfully x _____

   Jeremy R. Behlmann
   # 1282856
   MCC - P.O. Box 7
   Moberly Correctional Center
   6 5 2 7 0

Date 04 / 10 / 2017